GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

FILED
2024 FEB -7 PM 12:41

CR24-00559 TUC-RCC(MSA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>Robert Valdez, Jr.,<br><br>          Defendant. | Case No. 23-MJ-9309<br><br>**I N D I C T M E N T**<br><br>Violation:<br>18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D)<br>Engaging in the Business of Dealing Firearms without a License<br><br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

Between on or about September 21, 2022, and on or about November 28, 2022, in the District of Arizona, ROBERT VALDEZ, JR., not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in this Indictment, ROBERT VALDEZ, JR., shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| Line # | Asset Description | Serial Number |
|---|---|---|
| 1 | Pioneer model Sporter 7.62 x 39 mm semi-automatic rifle | PAC1172610 |
| 2 | Century Arms model BFT 47 7.62 x 39 mm semi-automatic rifle | BFT47006741 |
| 3 | Two (2) Century Arms model VSKA 7.62 x 39 mm semi-automatic rifles | SV1724698, SV7124692 |
| 4 | Two (2) Pioneer model Sporter 7.62 x 39 mm semi-automatic rifles | PAC1171127, PAC1171067 |
| 5 | Palmetto State Armory model PSAK47 7.62 x 39 mm semi-automatic rifle | AKB078267 |
| 6 | Two (2) Pioneer Arms model Sporter 7.62 x 39 mm semi-automatic rifles | PAC1177318, PAC1180970 |
| 7 | Century Arms model VSKA 7.62 x 39 mm semi-automatic rifle | SV7122800 |
| 8 | Century Arms model VSKA 7.62 x 39 mm semi-automatic rifle | SV7132484 |
| 9 | Pioneer model Sporter 7.62 x 39 mm semi-automatic rifle | PAC1172319 |
| 10 | Two (2) Century Arms model BFT47 7.62 x 39 mm semi-automatic rifles | BFT47016582, BFT47016588 |
| 11 | Two (2) Century Arms model BFT 47 7.62 x 39 mm semi-automatic rifle | BFT47016242 BFT47016385 |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

///

///

1 | All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States
2 | Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: February 7, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

MATTHEW C. CASSELL
Assistant U.S. Attorney